**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 8, 2025**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE: Rachel Amy Lindhorst                         Case No. 25-10090-cjf

                                                    Chapter: 13

            Debtor.

---

ORDER MODIFYING STAY

---

21st Mortgage Corporation (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtor's collateral property (manufactured home) located at 1213 North Peach Avenue, Lot 720, Marshfield, Wisconsin (the "Property").  Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: to the extent Bankruptcy Rule 3002.1 applies, the Movant is no longer required to file or provide the notices required by that Rule.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

# # #